IN RE **Shields, Richard Anderson & Shields, Crystal Capps**                    Case No. **10-32081**
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence: House & lot located at 104 Bounty Lane, Gastonia, NC 28056** | Fee Simple subject to mortgage | J | 250,000.00 | 216,135.00 |
| **Tract #2: Business Realty located at 1115 Union Road, Gastonia, NC** | Fee Simple subject to mortgage | J | 115,000.00 | 76,770.00 |
| **Tract #3: Rental property at 703 Betty Street, Gastonia, NC** | Fee Simple subject to mortgage | J | 56,000.00 | 62,611.00 |
| **Tract #4: 3 acre unimproved lot adjacent to residence (has street address: 134 Robinson Road, Gastonia, NC)** | Fee Simple subject to mortgage | J | 40,000.00 | 25,378.00 |
| | | TOTAL | 461,000.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shields, Richard Anderson & Shields, Crystal Capps**                               Case No. **10-32081**
Debtor(s)                                                                              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence: House & lot located at 104 Bounty Lane, Gastonia, NC 28056** | **NC Tenancy by Entireties** | **33,865.00** | **250,000.00** |
| **Tract #2: Business Realty located at 1115 Union Road, Gastonia, NC** | **NC Tenancy by Entireties** | **36,621.00** | **115,000.00** |
| **Tract #3: Rental property at 703 Betty Street, Gastonia, NC** | **NC Tenancy by Entireties** | **1,000.00** | **56,000.00** |
| **Tract #4: 3 acre unimproved lot adjacent to residence (has street address: 134 Robinson Road, Gastonia, NC)** | **NC Tenancy by Entireties** | **14,622.00** | **40,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking account at Citizens South Bank** | **G.S. § 1-362** | **300.00** | **300.00** |
| **Checking account at Citizens South Bank** | **G.S. § 1-362** | **150.00** | **150.00** |
| **2 Bedroom Suites** | **G.S. § 1C-1601(a)(4)** | **600.00** | **600.00** |
| **3 TVs** | **G.S. § 1C-1601(a)(4)** | **300.00** | **300.00** |
| **Camcorder** | **G.S. § 1C-1601(a)(4)** | **200.00** | **200.00** |
| **Computer** | **G.S. § 1C-1601(a)(4)** | **300.00** | **300.00** |
| **Dinette** | **G.S. § 1C-1601(a)(4)** | **75.00** | **75.00** |
| **Dryer** | **G.S. § 1C-1601(a)(4)** | **100.00** | **100.00** |
| **DVD Player** | **G.S. § 1C-1601(a)(4)** | **40.00** | **40.00** |
| **Livingroom Chair** | **G.S. § 1C-1601(a)(4)** | **50.00** | **50.00** |
| **Microwave** | **G.S. § 1C-1601(a)(4)** | **50.00** | **50.00** |
| **Misc. Hand Tools** | **G.S. § 1C-1601(a)(4)** | **100.00** | **100.00** |
| **Misc. Kitchenware** | **G.S. § 1C-1601(a)(4)** | **25.00** | **25.00** |
| **Misc. Linens** | **G.S. § 1C-1601(a)(4)** | **25.00** | **25.00** |
| **Refrigerator** | **G.S. § 1C-1601(a)(4)** | **400.00** | **400.00** |
| **Riding Mower** | **G.S. § 1C-1601(a)(4)** | **400.00** | **400.00** |
| **Stove** | **G.S. § 1C-1601(a)(4)** | **200.00** | **200.00** |
| **Vacuum Cleaner** | **G.S. § 1C-1601(a)(4)** | **50.00** | **50.00** |
| **Various Lamps** | **G.S. § 1C-1601(a)(4)** | **50.00** | **50.00** |
| **Various Wall Art** | **G.S. § 1C-1601(a)(4)** | **60.00** | **60.00** |
| **VCR** | **G.S. § 1C-1601(a)(4)** | **20.00** | **20.00** |
| **Washer** | **G.S. § 1C-1601(a)(4)** | **150.00** | **150.00** |
| **Yard Tools** | **G.S. § 1C-1601(a)(4)** | **40.00** | **40.00** |
| **Clothing** | **G.S. § 1C-1601(a)(4)** | **100.00** | **100.00** |
| **2 Watches** | **G.S. § 1C-1601(a)(4)** | **50.00** | **50.00** |
| **Costume Jewelry** | **G.S. § 1C-1601(a)(4)** | **100.00** | **100.00** |
| **Wedding Band** | **G.S. § 1C-1601(a)(4)** | **400.00** | **400.00** |
| **Debtor owns a sole proprietorship d/b/a Chase Auto** | **G.S. § 1C-1601(a)(2)** | **100.00** | **100.00** |
| **'00 Plymouth Voyager** | **G.S. § 1C-1601(a)(2)** | **1,800.00** | **1,800.00** |
| **'07 Hudson Dump Trailer (used in** | **G.S. § 1C-1601(a)(5)** | **2,650.00** | **5,000.00** |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Shields, Richard Anderson & Shields, Crystal Capps** _____ Case No. **10-32081** _____
                      Debtor(s)                                                                            (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| business) | | | |
| '90 Ford Ranger | G.S. § 1C-1601(a)(2) | 500.00 | 500.00 |
| '91 Honda Accord | G.S. § 1C-1601(a)(2) | 500.00 | 500.00 |
| '95 Saturn | G.S. § 1C-1601(a)(2) | 700.00 | 700.00 |
| '97 Honda Accord | G.S. § 1C-1601(a)(3) | 3,500.00 | 2,000.00 |
| '98 Jeep Grand Cherokee | G.S. § 1C-1601(a)(2) | 1,500.00 | 1,500.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Shields, Richard Anderson & Shields, Crystal Capps**                                   Case No. **10-32081**
                                        Debtor(s)                                                                     (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1006** <br> **Amex** <br> **PO Box 650448** <br> **Dallas, TX  75265-0448** | | W | **Credit card charges** | | | | **1,926.00** |
| ACCOUNT NO. **3000** <br> **Amex** <br> **PO Box 650448** <br> **Dallas, TX  75265-0448** | | W | **Credit card charges** | | | | **3,348.00** |
| ACCOUNT NO. **3006** <br> **Amex** <br> **PO Box 650448** <br> **Dallas, TX  75265-0448** | | W | **Credit card charges** | | | | **1,844.00** |
| ACCOUNT NO. **6955** <br> **Beneficial Financial** <br> **PO Box 17574** <br> **Baltimore, MD  21297-1574** | | H | **Personal unsecured loan** | | | | **11,094.00** |

___**3**___ continuation sheets attached

Subtotal (Total of this page) $ **18,212.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7184**<br>**Card Services**<br>**PO Box 13337**<br>**Philadelphia, PA  19101-3337** | | H | **Credit card charges** | | | | **18,006.00** |
| ACCOUNT NO. **9995**<br>**Cardmember Services**<br>**PO Box 15153**<br>**Wilmington, DE  19886-5153** | | W | **Credit card charges** | | | | **23,944.00** |
| ACCOUNT NO. **7622**<br>**Chase Bank**<br>**Cardmember Services**<br>**PO Box 15153**<br>**Wilmington, DE  19886-5153** | | H | **Credit card charges** | | | | **8,766.00** |
| ACCOUNT NO. **5105**<br>**Chase Cardmember Service**<br>**PO Box 15153**<br>**Wilmington, DE  19886-5153** | | H | **Credit card charges** | | | | **729.00** |
| ACCOUNT NO. **7912**<br>**Citi Cards**<br>**PO Box 183051**<br>**Columbus, OH  43218-3051** | | H | **Credit card charges** | | | | **6,751.00** |
| ACCOUNT NO. **5018**<br>**Citi Cards**<br>**PO Box 183051**<br>**Columbus, OH  43218-3051** | | H | **Credit card charges** | | | | **8,853.00** |
| ACCOUNT NO. **3470**<br>**Citibank**<br>**PO Box 182564**<br>**Columbus, OH  43218-2564** | | H | **Credit card charges** | | | | **12,264.00** |

Sheet no. **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **79,313.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9663** <br> **Client Services, Inc.** <br> 3451 Harry Truman Blvd <br> Saint Charles, MO  63301-4047 | | H | Collection agent for Chase/WAMU | | | | **11,747.00** |
| ACCOUNT NO. **7950** <br> **Discover Card** <br> PO Box 71084 <br> Charlotte, NC  28272-1084 | | H | Credit card charges | | | | **5,181.00** |
| ACCOUNT NO. <br> **FIA Card Services, NA** <br> C/O Sessoms & Rogers, Attorneys <br> PO Box 52508 <br> Durham, NC  27717-2508 | | W | Credit card charges | | | | **28,378.00** |
| ACCOUNT NO. **2760** <br> **Financial Asset Management Systems, Inc.** <br> PO Box 451409 <br> Atlanta, GA  31145-9409 | | J | Collection agent for Direct TV #6469 | | | | **437.00** |
| ACCOUNT NO. **1603** <br> **GE Money Bank** <br> Walmart <br> PO Box 530927 <br> Atlanta, GA  30353-0927 | | W | Credit card charges | | | | **1,592.00** |
| ACCOUNT NO. **8222** <br> **Home Depot Credit Services** <br> PO Box 653000 <br> Dallas, TX  75265-3000 | | W | Credit card charges | | | | **8,286.00** |
| ACCOUNT NO. **7836** <br> **HSBC Retail Services** <br> Dept. 7680 <br> Carol Stream, IL  60116-0001 | | W | '09 Polaris ATV sold in 12/09 | | | | **13,333.00** |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **68,954.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7946** <br> **Lowes** <br> PO Box 530914 <br> Atlanta, GA 30353-0914 | | H | Credit card charges | | | | **3,279.00** |
| ACCOUNT NO. **1593** <br> **Northstar** <br> 4285 Genesee St <br> Buffalo, NY 14225-1943 | | W | Collection agent for Bank of America (unsecured loan) | | | | **28,378.00** |
| ACCOUNT NO. **9372** <br> **Sam's Club** <br> PO Box 530981 <br> Atlanta, GA 30353-0981 | | H | Credit card charges | | | | **2,221.00** |
| ACCOUNT NO. **9232** <br> **United Recovery Systems** <br> 5800 N Course Dr <br> Houston, TX 77072-1613 | | W | Collection agent for HSBC | | | | **NOTICE ONLY** |
| ACCOUNT NO. **0581** <br> **Wells Fargo Financial** <br> PO Box 98784 <br> Las Vegas, NV 89193-8784 | | W | Personal loan | | | | **751.00** |
| ACCOUNT NO. **8133** <br> **Wells Fargo Financial** <br> PO Box 98784 <br> Las Vegas, NV 89193-8784 | | W | Personal loan | | | | **454.00** |
| ACCOUNT NO. **5077** <br> **Wells Fargo Financial** <br> PO Box 98784 <br> Las Vegas, NV 89193-8784 | | W | Credit card charges | | | | **4,639.00** |

Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **39,722.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ **206,201.00**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only